935 A.2d 1265

**James WHEELER, Relator, Petitioner,**

**v.**

**Thomas CORBETT, Attorney Gen. for the Commonwealth of Penna., James Wynder, Superintendent at SCI Dallas, Respondents.**

**No. 127 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 24, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of October, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Habeas Corpus is denied.

935 A.2d 1266

**John MERRITT aka Jeffrey Williams, Petitioner,**

**v.**

**Thomas CORBETT, Attorney General for the Commonwealth of Penna., James T. Wynder, Superintendent at S.C.I. Dallas, 1000 Follies Road, Dallas, PA 18612, Respondents.**

**No. 138 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 24, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of October, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Habeas Corpus is denied.